JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LHA GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Y'DEEN/ASSOCIATES, ARCHITECTS; GARDEN GROVE UNIFIED SCHOOL DISTRICT; GHATAODE BANNON ARCHITECTS; PSWC GROUP; HMC ARCHITECTS; RUHNAU RUHNAU CLARKE & ASSOCIATES; MARK J. PAONE; HENRY WOO ARCHITECTS, INC.; PINNER CONSTRUCTION CO., INC.; M. WILSON COMPANY CONTRACTORS, INC.; PAUL C. MILLER CONSTRUCTION CO., INC.,<br><br>Defendants. | Case No.   SACV13-01830 PA (ANx)<br><br>[~~PROPOSED~~]<br>**ORDER REGARDING JOINT STIPULATION TO DISMISS** |

The parties hereto having stipulated through their respective attorneys of record that the Case No. SACV13-01830 PA (ANx) shall be dismissed in its entirety, including the original complaint and the subsequently filed counterclaim as to all named

1  defendants.  The entire action is dismissed with prejudice as to all claims and causes of
2  action against all named defendants.

3  IT IS SO ORDERED.                    Honorable Percy Anderson

5  Dated: June 27, 2014                 _____
                                         **UNITED STATES DISTRICT JUDGE**

[PROPOSED] ORDER REGARDING JOINT STIPULATION            Case No.: SACV13-01830 PA (ANx)
TO DISMISS